Rogers/Intergenerational Daycare, Inc
966 East 146th Street
Cleveland, OH 44110

May 23, 2007

Ms. Marjorie L. Bellamy,

This letter confirms your employment with Rogers/Intergenerational Daycare, Inc with an official hire date of May 29, 2007. Your annual salary is $14,560.00. All new staff members are employed on a 90-days probationary period during which period you will be paid as a consultant. This means there will be no taxes taken out for at least six pays. After your initial probation period you will then go on the company's payroll and begin earning a week of vacation after one year and 32 hours sick after six months. You will be working in the daycare as a Toddler teacher.

You will receive a full orientation during your first 30 days of employment. Please bring in your BCII report, TB test and any certification. If you do not have any of this information please inform me.

The challenge ahead is exciting. I am confident that you and I will be able to lend each other support and to draw upon our combined experiences in a manner that will make the programs we serve stronger. Our goal is the development and implementation of a stimulating and excellent program in a manner, which will benefit the children we serve,

Again welcome, if you have any questions, please feel free to contact me at 216-851-1853.

Cordially,

*[signature]*
Valdia Burns, Executive Director

*[signature]*
Employee

# Social Security Administration

Date: January 31, 2007
Claim Number: 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D7

1BEV010003565  0.345  MB  0.326    T00000014

MARJORIE L BELLAMY
1191 ATWOOD DR
CLEVELAND OH 44108-4064

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2006, the full monthly Social Security benefit before any deductions is $ 965.70.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $ 965.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the second Wednesday of each month.

## Other Important Information

THE COST OF LIVING ADJUSTMENT INCREASED YOUR FULL BENEFIT AMOUNT BY 3.3%. THIS EFFECTIVE WITH THE FIRST PAYMENT YOU RECEIVE IN JANUARY 2007.

## Type of Social Security Benefit Information

You are entitled to monthly benefits as a dependent of the wage earner.

See Next Page