**IT IS SO ORDERED.**



ENTERED UNDER ADMINISTRATIVE ORDER NO. 06-2
KENNETH J. HIRZ, CLERK OF BANKRUPTCY COURT
BY: /s/ N.C. Marszal
Deputy Clerk

Dated: June 06, 2007

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: Marjorie L. Bellamy | ) Case No. 07-13911 |
| | ) |
| | ) CHAPTER 13 |
| Debtor(s) | ) |
| | ) ORDER DIRECTING EMPLOYER |
| Social Security No. xxx-xx-3310 | ) TO MAKE DEDUCTIONS FROM |
| | ) DEBTOR-EMPLOYEE'S WAGES, |
| | ) COMBINED WITH RELATED |
| | ) ORDERS |

To: Payroll Department

A case has been filed under Chapter 13 of the Bankruptcy Code by the named Debtor(s). As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court. Based on the statement of affairs of the Debtor(s), the Debtor's employer is:

Employer's Name: **Rogers/International DayCare Unc**
Address: **999 East 146th Street**
City/State/Zip: **Cleveland, OH 44110**
Phone: **(216) 851-1853**

In accordance with the relevant provisions of the Debtor's proposed plan,

IT IS, THEREFORE, ORDERED, under 11 U.S.C. § 1325(c) and § 1326, that the Debtor's employer immediately deduct from the Debtor's next paycheck the sum of **$102.84 bi-weekly** and the same amount from each pay period thereafter (including periodic or lump sum payments) and promptly forward the amounts deducted to the Chapter 13 Trustee, until further order of this Court. The Chapter 13 Trustee's name and address are:

Craig Shopneck, Chapter 13 Trustee
P.O. Box 714112
Columbus, Ohio 43271-4112

**Include the case number shown above with all payments.**

IT IS FURTHER ORDERED, under 11 U.S.C. § 362(a), that the EMPLOYER SHOULD CEASE ALL FUTURE DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless specifically authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

IT IS FURTHER ORDERED that if the Debtor's employment is terminated during the term of the plan, the employer is to notify the Chapter 13 Trustee.

By submitting this form the debtor's attorney certifies that this form is identical in all respects to the official form.

Attorney for Debtor: **William Kaplan   #0030108**
Address: **18675 Parkland Dr., Suite 505**
City/State/Zip: **Cleveland, OH 44122 -3468**
Phone: **216-295-1513**

SEE ATTACHED CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

A copy of the foregoing order to debtor/employer to pay the trustee was sent by regular United States mail this _____day of _____, **2007** to the following:

**Craig Shopneck, Trustee
BP TOWER
200 Public Square, Suite 3860
Cleveland, OH 44114-2321**

| | |
|---|---|
| **Attorney for Debtor:** | **William Kaplan**<br>**The Parkland**<br>**18675 Parkland Dr. Suite 505**<br>**Cleveland, OH 44122-3468** |
| **Debtor:** | **Marjorie L Bellamy**<br>**1191 Atwood Dr Unit 1191  Bldg 3**<br>**Cleveland, OH 41083** |
| **Employer:** | **Payroll Dept.**<br>**Rogers/International DayCare Unc**<br>**999 East 146th Street**<br>**Cleveland, OH 44110** |